UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ROBERT CHAPMAN,

Petitioner,

v.

WARDEN,

Respondent.

Case No. 2:25-cv-2125-DAD-JDP (P)

ORDER

On September 8, 2026, the district judge adopted my findings and recommendations and dismissed claims two through eight in the operative petition as untimely. ECF No. 37. This matter was referred back to me for additional proceedings. *Id*. Accordingly, within sixty days, respondent shall address all remaining claims.

IT IS SO ORDERED.

Dated: October 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE